The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOSE MANUEL RAMOS IBARRA, et al.,<br><br>Defendants. | NO. CR25-212-JNW<br><br>**ORDER CONTINUING TRIAL** |

The Court has considered the parties' Stipulated Motion to Continue Trial, which requests a continuance of the trial date and the pretrial motions deadline.

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that this case is complex, as it arises from a year-long investigation and there are multiple defendants charged in this, and the related matters, and there is a significant volume of discovery that is in the process of being produced and is to be produced. Therefore, it is unreasonable to expect the parties to adequately prepare, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), for pretrial proceedings or the trial itself as currently set. Specifically, the parties' briefing reflects

Order Continuing Trial Date - 1
*United States v. Ramos Ibarra, et al.,* CR25-212-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    the extensive discovery in this matter which includes DEA reports through early October
2    2025, DEA Laboratory Reports relating to forensic testing of controlled substances,
3    reports relating to the tracing of firearms, reports relating to friction ridge (fingerprint)
4    analyses, U.S. Postal Inspection Service reports, legal process obtained in the
5    investigation (e.g., state and federal search warrants and PR/TT orders), surveillance
6    photos, videos, and audio recordings relating to controlled buys and other enforcement
7    operations, and photos/videos relating to the execution of the October 28, 2025, searches.

8        Also, there remains to be prepared for production additional reports relating to
9    takedown searches, additional DEA Laboratory reports, body worn camera video, cell
10   phone extractions, video from pole cameras, location data for cell phones and vehicles,
11   and reports and materials generated by agencies other than DEA that have been involved
12   in the investigation.

13       Given the scope and complexity of the underlying investigation, this case may also
14   raise novel questions of law and fact.

15       To assist defense counsel with this voluminous discovery, the parties will be
16   seeking the appointment of Russell M. Aoki to serve as a Coordinating Discovery
17   Attorney.

18       THE COURT FURTHER FINDS that the failure to grant a continuance of the trial
19   date and pretrial motions deadline would deny defense counsel the reasonable time
20   necessary for effective preparation, taking into account the exercise of due diligence,
21   within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

22       THE COURT FINDS, therefore, pursuant to 18 U.S.C. §§ 3161(h)(6) and
23   3161(h)(7), the ends of justice will best be served by a continuance, and that they
24   outweigh the interest of the public and the defendant in a speedy trial.

25       NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be
26   continued until December 7, 2026, at 9:00 a.m.

27

Order Continuing Trial Date - 2
*United States v. Ramos Ibarra, et al.,* CR25-212-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that pretrial motions will be filed no later than September 7, 2026.

IT IS ORDERED.

DATED this 1st day of December, 2025.

Jamal N. Whitehead
United States District Judge

Presented by:

*s/ Joseph C. Silvio*
JOSEPH C. SILVIO
C. ANDREW COLASURDO
Assistant United States Attorneys


*s/ Nicholas Wright Marchi*
NICHOLAS WRIGHT MARCHI
Counsel for Jose Manuel Ramos Ibarra


*s/ Gilbert H. Levy*
GILBERT H. LEVY
Counsel for Luis Humberto Lamas Guzman

Order Continuing Trial Date - 3
*United States v. Ramos Ibarra, et al.,* CR25-212-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970